# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Matthew McEvoy             CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 24-10977 AMC

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of M&T BANK and index same on the master mailing list.

                       Respectfully submitted,

/s/ *Michael Farrington*
Michael Farrington
04 Apr 2024, 11:31:36, EDT

         KML Law Group, P.C.
         701 Market Street, Suite 5000
         Philadelphia, PA 19106-1532
         (215) 627-1322