**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Matthew McEvoy                                 CHAPTER 13
                        Debtor(s)
                                                     BKY. NO. 24-10977 AMC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of M&T BANK and index same on the master mailing list.

                        Respectfully submitted,

                        /s/ *Michael Farrington*
                        _____
                        Michael Farrington
                        04 Apr 2024, 11:31:36, EDT

                        KML Law Group, P.C.
                        701 Market Street, Suite 5000
                        Philadelphia, PA 19106-1532
                        (215) 627-1322