**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Matthew McEvoy <br> <u>Debtor(s)</u> | CHAPTER 13 <br><br> BKY. NO. 24-10977 AMC |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of M&T BANK and index same on the master mailing list.

Respectfully submitted,

/s/ *Michael Farrington*
Michael Farrington
04 Apr 2024, 11:31:36, EDT

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322