United States Bankruptcy Court
for the Eastern District of Pennsylvania

In re:   Matthew McEvoy                  :   Bky No. 24-10977-amc

   Debtor                                :   Chapter 13

**NOTICE OF HEARING TO CONSIDER OBJECTION TO
PROOF OF CLAIM OF AMSTERDAM CAPITAL SOLUTIONS #10**

To: Amsterdam Capital Solutions

**The debtor has filed an objection to the proof of claim you filed in this bankruptcy case.**

**Your claim may be reduced, modified, or eliminated**.  **You should read these papers carefully and discuss them with your attorney, if you have one.**

If you do not want the court to eliminate or change your claim, you or your lawyer must attend the hearing on the objection, scheduled to be held before the Honorable Ashely M Chan at a telephonic hearing on 10/22/24 at 11:00 a.m. United States Bankruptcy Court, by telephonic hearing.  You are directed to call in using Phone Number: **877-873-8017** with Access Code: 3027681  . If you or your attorney do not attend the hearing on the objection by phone, the court may decide that you do not oppose the objection to your claim.

Date: September 13, 2024

                                        s/Lawrence S. Rubin, Esquire
                                        Lawrence S. Rubin, Esquire
                                        Attorney for Debtor
                                        Lrubin@pennlawyer.com
                                        337 West State Street
                                        Media, PA 19063
                                        Phone No: (610) 565-6660

**Lawrence S. Rubin
Attorney**
337 W. State Street
Media, PA 19063-2615
610.565.6660
fax 610.565.1912
LRubin@Pennlawyer.com