**STATE OF WEST VIRGINIA**

For filling with the West Virginia Secretary of State
a Business for West Virginia Partner
tel: (304) 558-8000

| | |
|---|---|
| Organization Name | TIME 2 SHINE, LLC |
| Organization Type | Limited Liability Company |
| Charter Type | Domestic |
| Class | For Profit |
| Home State | WV |
| WV Effective Date | 10/07/2016 |
| Contact Name | MATTHEW MCEVOY |
| Contact Address | 2830 S Alder St , Philadelphia, PA 19148 |
| Contact Phone | (540)486-0799 |
| Contact Email Address | TIME2SHINEBMX@GMAIL.COM |
| Termination Date | 08/08/2022 |
| Filing Date | 08/20/2024 |
| SOS Termiantion Date | 08/20/2024 |

I certify the information provided is true. I further certify that I am a member or manager or individual holding a power-of-attorney and am duly authorized to file this report on behalf of this limited liability company, as required by West Virginia Code §31B-2-211. I agree that the electronic entry of my name below represents my signature and authorization for this filing.

__MATTHEW MCEVOY__          __MEMBER__
Authorized By                              Capacity