United States Bankruptcy Court
for the Eastern District of Pennsylvania

In re:  Matthew McEvoy         :  Bky No. 24-10977-amc

     Debtor                :  Chapter 13

### **Order**

After consideration of the debtor's objection, it is hereby ordered that the claim of Amsterdam Capital Solutions Claim #10 is disallowed.

_____
Ashely M Chan, Bankruptcy Judge

Dated: _____October 23_, 2024

**Lawrence S. Rubin**
**Attorney**
337 W. State Street
Media, PA 19063-2615
610.565.6660
fax 610.565.1912
LRubin@Pennlawyer.com