United States Bankruptcy Court

Eastern District of Pennsylvania

In re: | Case No. 24-10977-amc
Matthew McEvoy | Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3

Date Rcvd: Dec 19, 2024      Form ID: 155      Total Noticed: 31

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 21, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Matthew McEvoy, 2830 S Alder St, Philadelphia, PA 19148-4911 |
| 14867405 | + | ADVANCE SERVICING INC,, c/o Zachary Eisner, Esq, 1688 Meridian Ave, Suite 200, Miami Beach, FL 33139-2717 |
| 14867404 | + | Advance Service Inc, c/o Zachary Eisner, Esq, 1688 Meridian Ave, Suite 200, Miami Beach, FL 33139-2717 |
| 14890371 | + | Amsterdam Capital Solutions, 1545 Route 202 Suite 101, Pomona, NY 10970-2951 |
| 14867406 | + | EMMY CAPITAL GROUP LLC, c/o Law Off. of Steven Zakharyayev, PLLC, 10 W 37 St Rm 602, New York, NY 10018-7473 |
| 14870754 | + | Emmy Capital Group, c/o Steven Zakharyayev, Esq, 10 W 37th Street, RM 602, New York, NY 10018-7473 |
| 14870756 | + | Lexington Recovery Group, c/o Michael Moscowitz, Esq, 1185 Avenue of the Americas, Third Floor, New York, NY 10036-2601 |
| 14877226 | + | Lexington Recovery, LLC, as authorized agent for M, 222 West 37th Street, 9th Floor, New York, NY 10018-9144 |
| 14873635 | + | M&T BANK, c/o MICHAEL PATRICK FARRINGTON, KML Law Group, P.C., 701 Market St., Suite 5000 Philadelphia, PA 19106-1541 |
| 14871434 | + | M&T Bank, Michael Farrington, KML Law Group, P.C., 701 Market St, Suite 5000, Philadelphia, PA 19106-1541 |
| 14877227 | + | Mint Funding Inc., Lexington Recovery LLC, as authorized ag, 222 West 37th Street, 9th Floor, New York, NY 10018-9144 |
| 14870757 | + | Mint Funding, LLC, c/o Michael Moskowitz, 1185 Avenue of the Americas, Third Floor, New York, NY 10036-2601 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14870749 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Dec 20 2024 00:17:00 | APPLE CARD - GS BANK USA, Lockbox 6612 POBOX 7247, Phila, PA 19170-0001 |
| 14877129 | | Email/PDF: bncnotices@becket-lee.com | Dec 20 2024 00:50:44 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14870748 | + | Email/PDF: bncnotices@becket-lee.com | Dec 20 2024 00:22:45 | Amex, PO Box 297871, Fort Lauderdale, FL 33329-7871 |
| 14890370 | + | Email/Text: BNCnotices@bblawpllc.com | Dec 20 2024 00:18:00 | Ariel Bouskila, 1545 Route 202 Suite 101, Pomona, NY 10970-2951 |
| 14870751 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 20 2024 00:22:29 | CBNA, 50 Northwest Point Rd, Elk Grove Village, IL 60007 |
| 14870752 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 20 2024 00:22:29 | CITICARDS CBNA, POB 6241, Sioux Falls, SD 57117-6241 |
| 14899881 | | Email/Text: megan.harper@phila.gov | Dec 20 2024 00:19:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14870750 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 20 2024 00:22:29 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 14870897 | + | Email/PDF: ebn_ais@aisinfo.com | Dec 20 2024 00:51:16 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14870753 | + | Email/Text: mrdiscen@discover.com | Dec 20 2024 00:17:00 | Discover Bank, PO Box 30939, Salt lake City, UT 84130-0939 |
| 14891009 | | Email/PDF: bncnotices@becket-lee.com | | |

Case 24-10977-amc   Doc 45   Filed 12/21/24   Entered 12/22/24 00:35:35   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 19, 2024 | Form ID: 155 | Total Noticed: 31 |

| Recip ID | Bypass | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Dec 20 2024 00:22:13 | Fundbox, Inc., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14882590 | | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 20 2024 00:18:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 14882219 | | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 20 2024 00:18:00 | Jefferson Capital Systems, LLC, PO Box 7999, St. Cloud MN 56302-9617 |
| 14883716 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 20 2024 00:22:29 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14892752 | | Email/Text: camanagement@mtb.com | Dec 20 2024 00:18:00 | M&T BANK, P.O. Box 840, Buffalo, NY 14240-0840 |
| 14872056 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 20 2024 00:22:27 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14874523 | + | Email/Text: bankruptcy@dedicatedgbc.com | Dec 20 2024 00:18:00 | Mantis Funding LLC, c/o Dedicated Financial GBC, 4000 Lexington Ave N, Ste 125, Shoreview, MN 55126-3153 |
| 14904792 | ^ | MEBN | Dec 20 2024 00:04:23 | Philadelphia Gas Works, 800 W Montgomery Ave 3F, Philadelphia PA 19122-2898 |
| 14871363 | | Email/Text: bnc-quantum@quantum3group.com | Dec 20 2024 00:18:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14870758 | | THE COMMISSION LLC |
| 14867407 | | THE COMMISSION LLC d/b/a TIME 2 SHINE BICYCLE |
| 14870747 | *+ | ADVANCE SERVICING INC,, c/o Zachary Eisner, Esq, 1688 Meridian Ave, Suite 200, Miami Beach, FL 33139-2717 |
| 14870746 | *+ | Advance Service Inc, c/o Zachary Eisner, Esq, 1688 Meridian Ave, Suite 200, Miami Beach, FL 33139-2717 |
| 14870755 | *+ | EMMY CAPITAL GROUP LLC, c/o Law Off. of Steven Zakharyayev, PLLC, 10 W 37 St Rm 602, New York, NY 10018-7473 |

TOTAL: 2 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 21, 2024        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 19, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Dec 19, 2024 | Form ID: 155 | Total Noticed: 31 |

KENNETH E. WEST
    ecfemails@ph13trustee.com  philaecf@gmail.com

LAWRENCE S. RUBIN
    on behalf of Debtor Matthew McEvoy echo@pennlawyer.com  foxtrot@pennlawyer.com;7272@notices.nextchapterbk.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 4

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>　Matthew McEvoy<br><br>　Debtor(s). | Case No. 24−10977−amc<br><br>Chapter: 13 |

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: December 17, 2024

For The Court

Ashely M. Chan
Chief Judge, United States Bankruptcy Court