UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

In re: Matthew McEvoy                : Chapter 13

        Debtors                : Bky No. 24-10977-AMC

### *CERTIFICATION OF SERVICE*

      I, Lawrence S Rubin, attorney for the debtor, certify that on July 15, 2025, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

**Motion for Voluntary Dismissal Under 11 U.S.C. §1307(b)**

      I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Mailing List Exhibit:

By the court's ECF system

All creditors filing claims

Kenneth West, Chapter 13 Trustee

All creditors on matrix mailing list

The debtor by email.

                                              **s/ Lawrence S. Rubin, Esquire**
                                              Lawrence S. Rubin, Esquire
                                              Attorney for the debtors
                                              337 W State Street
                                              Media, PA 19063-2615
                                              (610) 565-6660

**Lawrence S. Rubin**
**Attorney**
337 W. State Street
Media, PA 19063-2615
610.565.6660
fax 610.565.1912
LRubin@Pennlawyer.com