UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

In re: Matthew McEvoy  : Chapter 13

Debtors  : Bky No. 24-10977-AMC

ORDER

Upon motion of the debtor for a voluntary dismissal, and after full disclosure of the consequences of his actions by counsel, this case is dismissed pursuant 11 U.S.C. §1307(b).

_____
Ashely Chan, Bankruptcy Judge

Dated: __July 23_____, 2025

**Lawrence S. Rubin**
**Attorney**
337 W. State Street
Media, PA 19063-2615
610.565.6660
fax 610.565.1912
LRubin@Pennlawyer.com