United States Bankruptcy Court
Eastern District of Pennsylvania

In re:     Case No. 24-10977-amc

Matthew McEvoy     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 3
Date Rcvd: Jul 23, 2025     Form ID: pdf900     Total Noticed: 33

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 25, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Matthew McEvoy, 2830 S Alder St, Philadelphia, PA 19148-4911 |
| 14867405 | + | ADVANCE SERVICING INC,, c/o Zachary Eisner, Esq, 1688 Meridian Ave, Suite 200, Miami Beach, FL 33139-2717 |
| 14867404 | + | Advance Service Inc, c/o Zachary Eisner, Esq, 1688 Meridian Ave, Suite 200, Miami Beach, FL 33139-2717 |
| 14890371 | + | Amsterdam Capital Solutions, 1545 Route 202 Suite 101, Pomona, NY 10970-2951 |
| 14867406 | + | EMMY CAPITAL GROUP LLC, c/o Law Off. of Steven Zakharyayev, PLLC, 10 W 37 St Rm 602, New York, NY 10018-7473 |
| 14870756 | + | Lexington Recovery Group, c/o Michael Moscowitz, Esq, 1185 Avenue of the Americas, Third Floor, New York, NY 10036-2601 |
| 14877226 | + | Lexington Recovery, LLC, as authorized agent for M, 222 West 37th Street, 9th Floor, New York, NY 10018-9144 |
| 14873635 | + | M&T BANK, c/o MICHAEL PATRICK FARRINGTON, KML Law Group, P.C., 701 Market St., Suite 5000 Philadelphia, PA 19106-1541 |
| 14871434 | + | M&T Bank, Michael Farrington, KML Law Group, P.C., 701 Market St, Suite 5000, Philadelphia, PA 19106-1541 |
| 14877227 | + | Mint Funding Inc., Lexington Recovery LLC, as authorized ag, 222 West 37th Street, 9th Floor, New York, NY 10018-9144 |
| 14870757 | + | Mint Funding, LLC, c/o Michael Moskowitz, 1185 Avenue of the Americas, Third Floor, New York, NY 10036-2601 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jul 24 2025 00:44:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 24 2025 00:44:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14870749 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Jul 24 2025 00:44:00 | APPLE CARD - GS BANK USA, Lockbox 6612 POBOX 7247, Phila, PA 19170-0001 |
| 14877129 | | Email/PDF: bncnotices@becket-lee.com | Jul 24 2025 00:59:45 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14870748 | + | Email/PDF: bncnotices@becket-lee.com | Jul 24 2025 00:57:53 | Amex, PO Box 297871, Fort Lauderdale, FL 33329-7871 |
| 14890370 | + | Email/Text: BNCnotices@bblawpllc.com | Jul 24 2025 00:44:00 | Ariel Bouskila, 1545 Route 202 Suite 101, Pomona, NY 10970-2951 |
| 14870751 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 24 2025 00:59:28 | CBNA, 50 Northwest Point Rd, Elk Grove Village, IL 60007 |
| 14870752 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 24 2025 00:58:42 | CITICARDS CBNA, POB 6241, Sioux Falls, SD 57117-6241 |
| 14899881 | | Email/Text: megan.harper@phila.gov | Jul 24 2025 00:44:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14870750 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 24 2025 00:43:14 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 23, 2025 | Form ID: pdf900 | Total Noticed: 33 |

| Recip ID | Bypass | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14870897 | + | Email/PDF: ebn_ais@aisinfo.com | Jul 24 2025 00:44:03 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14870753 | + | Email/Text: mrdiscen@discover.com | Jul 24 2025 00:44:00 | Discover Bank, PO Box 30939, Salt lake City, UT 84130-0939 |
| 14870754 | ^ | MEBN | Jul 24 2025 00:30:33 | Emmy Capital Group, c/o Steven Zakharyayev, Esq, 10 W 37th Street, RM 602, New York, NY 10018-7473 |
| 14891009 | | Email/PDF: bncnotices@becket-lee.com | Jul 24 2025 00:58:47 | Fundbox, Inc., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14882590 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 24 2025 00:44:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 14882219 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 24 2025 00:44:00 | Jefferson Capital Systems, LLC, PO Box 7999, St. Cloud MN 56302-9617 |
| 14883716 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 24 2025 00:44:03 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14892752 | | Email/Text: camanagement@mtb.com | Jul 24 2025 00:44:00 | M&T BANK, P.O. Box 840, Buffalo, NY 14240-0840 |
| 14872056 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 24 2025 00:43:21 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14874523 | + | Email/Text: bankruptcy@dedicatedgbc.com | Jul 24 2025 00:44:00 | Mantis Funding LLC, c/o Dedicated Financial GBC, 4000 Lexington Ave N, Ste 125, Shoreview, MN 55126-3153 |
| 14904792 | ^ | MEBN | Jul 24 2025 00:30:26 | Philadelphia Gas Works, 800 W Montgomery Ave 3F, Philadelphia PA 19122-2898 |
| 14871363 | | Email/Text: bnc-quantum@quantum3group.com | Jul 24 2025 00:44:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14870758 | | THE COMMISSION LLC |
| 14867407 | | THE COMMISSION LLC d/b/a TIME 2 SHINE BICYCLE |
| 14870747 | *+ | ADVANCE SERVICING INC,, c/o Zachary Eisner, Esq, 1688 Meridian Ave, Suite 200, Miami Beach, FL 33139-2717 |
| 14870746 | *+ | Advance Service Inc, c/o Zachary Eisner, Esq, 1688 Meridian Ave, Suite 200, Miami Beach, FL 33139-2717 |
| 14870755 | *+ | EMMY CAPITAL GROUP LLC, c/o Law Off. of Steven Zakharyayev, PLLC, 10 W 37 St Rm 602, New York, NY 10018-7473 |

TOTAL: 2 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 25, 2025            Signature:     /s/Gustava Winters

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Jul 23, 2025 | Form ID: pdf900 | Total Noticed: 33 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 23, 2025 at the address(es) listed below:**

**Name**     **Email Address**

DENISE ELIZABETH CARLON
    on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com

KENNETH E. WEST
    ecfemails@ph13trustee.com philaecf@gmail.com

LAWRENCE S. RUBIN
    on behalf of Debtor Matthew McEvoy echo@pennlawyer.com foxtrot@pennlawyer.com;7272@notices.nextchapterbk.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 4

UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

In re: Matthew McEvoy : Chapter 13

Debtors : Bky No. 24-10977-AMC

ORDER

Upon motion of the debtor for a voluntary dismissal, and after full disclosure of the consequences of his actions by counsel, this case is dismissed pursuant 11 U.S.C. §1307(b).

_____
Ashely Chan, Bankruptcy Judge

Dated: __July 23__, 2025

Lawrence S. Rubin
Attorney
337 W. State Street
Media, PA 19063-2615
610.565.6660
fax 610.565.1912
LRubin@Pennlawyer.com